## STATE OF CONNECTICUT *v.* WILLIAM OUTLAW
## (9147)

O'CONNELL, LANDAU and HEIMAN, Js.

Argued February 7—decision released March 5, 1991

*Patrick J. Culligan,* assistant public defender, for the appellant (defendant).

*Carolyn K. Longstreth,* assistant state's attorney, with whom were *Elpedio N. Vitale,* assistant state's attorney, and, on the brief, *Michael Dearington,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.